IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL ACTION |
| | ) | |
| v. | ) | No. 13-20028-02-KHV |
| | ) | |
| GUILLERMO ANTONIO CAMPOS-MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Motion To Marry (Doc. #37) filed January 25, 2019 is **SUSTAINED** for substantially the reasons stated in the motion. Defendant shall be allowed to marry Maria Rodriguez to the extent that it is consistent with the policies and procedures of the detention facility and under such conditions as the United States Marshal deems appropriate.

**IT IS SO ORDERED**.

Dated this 28th day of January, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge